IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| DONALD DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 420-121 |
| | ) | |
| STEVE UPTON, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon assignment to the undersigned on December 2, 2021, the Court's review of the above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, reveals Petitioner challenges a judgment of conviction entered in the Superior Court of Dekalb County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 3rd day of December, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA